IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. ROARK, II,

    Petitioner,                 No. CIV S-97-1894 GEB GGH P

    vs.

WILLIAM DUNCAN,

    Respondent.            <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was denied on March 1, 2000 and judgment entered accordingly. Petitioner's filings some five to six years following entry of judgment are not apposite. Petitioner's February 17, 2005 "motion for order permitting petitioner to present errors or grounds of petition not set forth in a proposed narrative statement"; his March 30, 2005 motion for an order "permitting petitioner to utilize law library(ies)"; and his April 7, 2006 letter requesting an answer to petitioner's Feb. 17, 2005 motion are filings not contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, these documents and *any future filings in this case will be disregarded. No further orders will issue in this matter.*

        IT IS SO ORDERED.

DATED: 4/18/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp; roar1894.158ggh